NUMBER 13-09-00400-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GEORGE HARRY DAVIS, JR., Appellant,


v.



TAMELA LASHAWN PARKS, Appellee. 

 

_____________________________________________________________


On Appeal from the 1st District Court 


of Jasper County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides and Vela


Memorandum Opinion Per Curiam


 Appellant, George Harry Davis, Jr., perfected an appeal from a judgment entered
by the 1st District Court of Jasper County, Texas, in cause number 29,770. Appellant has
filed a motion to dismiss the appeal on grounds that he no longer desires to pursue the
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 22nd day of October, 2009.